IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| JEVIC HOLDING CORP., *et al.*, | ) | Case No. 08-11006 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 1520 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy Estates of JEVIC HOLDING CORP., *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 08-51903 (BLS) |
| v. | ) ) | |
| THE CIT GROUP/BUSINESS CREDIT, INC., In its capacity as Agent, and SUN CAPITAL PARTNERS IV, LP, SUN CAPITAL PARTNERS MANAGEMENT IV, LLC, and SUN CAPITAL PARTNERS, INC., | ) ) ) ) ) | Re: Adversary Docket No. 78 |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Casimir Czyzewski, Melvin L. Myers, Jeffrey Oehlers, Arthur E. Perigard, and Daniel C. Richards, on behalf of themselves and all others similarly situated ("Appellants") hereby appeal under 28 U.S.C. § 158(a) from the Order Granting Joint Motion of the Debtors, CIT, Sun Capital and the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105, 349 and 1112(b) and Fed. R. Bankr. P. 9019 for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief, entered at Docket Index 1520 in the above-captioned bankruptcy cases and Adversary Docket Index 78 in the above-captioned adversary proceeding.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*Casimir Czyzewski, Melvin L. Myers, Jeffrey Oehlers, Arthur E. Perigard, and Daniel C. Richards, on behalf of themselves and all others similarly situated.*

Represented by:

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone:   (212) 245-1000

*Jevic Holding Corp., Creek Road Properties, LLC and Jevic Transportation, Inc.*

Represented by:

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Margaret M. Manning, Esquire
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 552-5511

*The Official Committee of Unsecured Creditors*

Represented by:

Bruce Grohsgal, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Phone: (302) 652-4100


Robert Feinstein, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue
New York, NY 10017-2024
Phone: (212) 561-7700

*Sun Capital Partners IV LP, Sun Capital Partners Management IV LLC, and Sun Capital Partners, Inc.*

Represented by:

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 351-9353

James P. Gillespie, Esquire
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
Phone: (202) 879-5000

James A. Stempel, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2440

*The CIT Group/Business Credit, Inc.*

Represented by:

Stephen M. Miller, Esquire
Eric J. Monzo, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Phone: (302) 888-6853

Benjamin C. Ackerly, Esquire
Tara L. Elgie, Esquire
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Richmond, VA 23219
Phone: (804) 788-8479

Richard P. Norton, Esquire
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Phone: (212) 309-1315

*The Office of the United States Trustee*

Represented by:

Mark S. Kenney, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
Phone: (302) 573-6491


DATED: December 18, 2012

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

- and –

Jack A. Raisner, Esq.
René S. Roupinian, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2081

*Counsel for Appellants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| JEVIC HOLDING CORP., *et al.*, | ) | Case No. 08-11006 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy Estates of JEVIC HOLDING CORP., *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 08-51903 (BLS) |
| v. | ) ) | |
| THE CIT GROUP/BUSINESS CREDIT, INC., In its capacity as Agent, and SUN CAPITAL PARTNERS IV, LP, SUN CAPITAL PARTNERS MANAGEMENT IV, LLC, and SUN CAPITAL PARTNERS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on December 18, 2012, I did cause to be served true and correct copies of the foregoing **NOTICE OF APPEAL** on the parties listed on the attached service list as indicated thereon.

DATED: December 18, 2012

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

Notice of Appeal (FINAL).DOCX

**SERVICE LIST**

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Margaret M. Manning, Esquire
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Fax: (302) 426-9193
*Counsel for Debtors and Debtors-in-Possession*

Bruce Grohsgal, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: (302) 652-4400
*Counsel for Official Committee of Unsecured Creditors*

Robert Feinstein, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue
New York, NY 10017-2024
Fax: (212) 561-7700
*Counsel for Official Committee of Unsecured Creditors*

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Fax: (302) 658-3989
*Co-counsel for Sun Capital Partners IV LP, Sun Capital Partners Management IV LLC, and Sun Capital Partners, Inc.*

James P. Gillespie, Esquire
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
Fax: (202) 879-5200
*Co-counsel for Sun Capital Partners IV LP, Sun Capital Partners Management IV LLC, and Sun Capital Partners, Inc.*

James A. Stempel, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL  60654
Fax:     (312) 862-2000
*Co-counsel for Sun Capital Partners IV LP, Sun Capital Partners Management IV LLC, and Sun Capital Partners, Inc.*

Stephen M. Miller, Esquire
Eric J. Monzo, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Fax:     (302) 571-1750
*Co-counsel for The CIT Group/Business Credit, Inc.*

Benjamin C. Ackerly, Esquire
Tara L. Elgie, Esquire
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Richmond, VA  23219
Fax:     (804) 788-8218
*Co-counsel for The CIT Group/Business Credit, Inc.*

Richard P. Norton, Esquire
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY  10166
Fax:     (212) 309-1100
*Co-counsel for The CIT Group/Business Credit, Inc.*

Mark S. Kenney, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801
Fax:     (302) 573-6497
*Counsel for the United States Trustee*


**VIA HAND-DELIVERY**

Honorable Brendan L. Shannon
U.S. Bankruptcy Court, District of Delaware
824 Market Street, 6th Floor
Courtroom No. 1
Wilmington, DE  19801